# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:11-CR-203-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CHERRY HAMRICK, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ANOTHER CHOICE FOR BLACK ) | |
| CHILDREN, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 30) filed November 25, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that Defendant is no longer employed by the Garnishee. (Document No. 30).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 30) is **GRANTED**. The "Writ Of Continuing Garnishment" (Document No. 25) filed in this case against Defendant Cherry Hamrick is **DISMISSED**.

**SO ORDERED**.

Signed: November 25, 2024

David C. Keesler
United States Magistrate Judge